**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

**FILED**
**NOVEMBER 8, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**07 C 6330**

In the Matter of                                                                 Case Number:

MARION MISIAK and MARY BETH MISIAK
v.
MORRIS MATERIAL HANDLING, INC., P&H CRANES,
WHITING CORPORATION, HUBBELL INCORPORATED
and GLEASON REEL CORP.

**JUDGE DARRAH**
**MAGISTRATE JUDGE NOLAN**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Marion Misiak and Mary Beth Misiak

**LI**

| | |
|---|---|
| NAME (Type or print) | |
| Antonio M. Romanucci | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Antonio M. Romanucci | |
| FIRM | |
| Romanucci & Blandin | |
| STREET ADDRESS | |
| 33 North LaSalle Street; Suite 2000 | |
| CITY/STATE/ZIP | |
| Chicago, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6190290 | 312-458-1000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |