**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

**FILED**
**NOVEMBER 8, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**07 C 6330**

| | |
|---|---|
| In the Matter of | Case Number: |

MARION MISIAK and MARY BETH MISIAK
v.
MORRIS MATERIAL HANDLING, INC., P&H CRANES, WHITING CORPORATION, HUBBELL INCORPORATED and GLEASON REEL CORP.

**JUDGE DARRAH**
**MAGISTRATE JUDGE NOLAN**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Marion Misiak and Mary Beth Misiak

LI

| |
|---|
| NAME (Type or print) |
| Stephan D. Blandin |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Stephan D. Blandin |
| FIRM |
| Romanucci & Blandin |
| STREET ADDRESS |
| 33 North LaSalle Street; Suite 2000 |
| CITY/STATE/ZIP |
| Chicago, IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6194028 | 312-458-1000 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐