**CT**
a Wolters Kluwer business

CT
208 S. LaSalle Street
Chicago, IL 60604

312 345 4336 tel
312 345 4343 fax
www.ctlegalsolutions.com



December 12, 2007

Antonio M. Romanucci
Romanucci & Blandin LLC
33 N. LaSalle Street,
20th FL,
Chicago, IL 60602

Re: Marion Misiak and Mary Beth Misiak, Pltfs. vs. Morris Material Handling, Inc., etc., et al. including Whiting Corporation, etc., Dfts.

Case No. 07C6330

Dear Sir/Madam:

After making several attempts to contact you; we are herewith returning the Waiver of Service Summons, Complaint, Notice(s), Self Addressed Stamped Envelope which we received regarding the above captioned matter.

Whiting Corporation must have the correct domestic entity. In order that we may properly process the enclosed documents(s), we must be provided with the full name of the entity for which it is intended.

Should you make this determination, please note the full name of the entity on the envelope, return the document(s) to us and we will be glad to forward it on.

Very truly yours,


Felicia Randle
Process Specialist

Log# 512875820

cc: Northern District - Chicago - United States District Court
    2044 Dirksen Building,
    219 S. Dearborn Street,
    Chicago, IL 60604