IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| MARION MISIAK and<br>MARY BETH MISIAK,<br><br>           Plaintiffs,<br><br>      v.<br><br>MORRIS MATERIAL HANDLING, INC., a foreign corporation, d/b/a P&H Cranes, P&H CRANES, individually and as a division of Morris Material Handling, Inc.., WHITING CORPORATION, a foreign corporation, HUBBELL INCORPORATED, a foreign corporation, d/b/a Gleason Reel Corp., and GLEASON REEL CORP., a foreign corporation, a/k/a GRC International, individually and as a division of Hubbell Incorporated,<br><br>           Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  No. 07 CV 6330<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF FILING

      PLEASE TAKE NOTICE that on **December 21, 2007**, we have filed the following with the Circuit Court of Cook County, Law Division **Waiver of Service of Summons for Defendant, Morris Material Handling, Incorporated**, copies of which are attached hereto.

Antonio M. Romanucci
ROMANUCCI & BLANDIN
33 North LaSalle Street - Suite 2000
Chicago, Illinois  60602
312-458-1000
312-458-1004 Fax
Attorney No. 35875

## PROOF OF SERVICE

      I, the undersigned, on oath, subject to penalty of perjury, state that I served this notice by to all parties shown above at their respective addresses via electronic filing and notice before 5:00 p.m. December 21, 2007.

                                                                                   /s Antonio M. Romanucci

[X]      Under penalties as provided by law pursuant to 735 ILCS 5/1-109, I certify that the statements set forth herein are true and correct.