U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                         Case Number: 07 C 6330
MARION MISIAK and MARY BETH MISIAK
V.
MORRIS MATERIAL HANDLING, INC., ET AL.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

HUBBELL INCORPORATED AND GLEASON REEL CORP., INCORRECTLY SUED AS "HUBBELL INCORPORATED D/B/A GLEASON REEL, AND GLEASON REEL CORP. A/K/A GRC INTERNATIONAL."

| NAME (Type or print) |  |
|---|---|
| Mark L. Karasik |  |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Mark L. Karasik | |
| FIRM | |
| Baker & McKenzie LLP | |
| STREET ADDRESS | |
| 130 E. Randolph Dr., One Prudential Plaza | |
| CITY/STATE/ZIP | |
| Chicago, IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6180292 | 312-861-8615 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |