## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                    Case Number: 07 C 6330
MARION MISIAK and MARY BETH MISIAK
V.
MORRIS MATERIAL HANDLING, INC., ET AL.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

HUBBELL INCORPORATED AND GLEASON REEL CORP., INCORRECTLY SUED AS "HUBBELL INCORPORATED D/B/A GLEASON REEL, AND GLEASON REEL CORP. A/K/A GRC INTERNATIONAL."

| | |
|---|---|
| NAME (Type or print) <br> Peter J. Gillespie | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Peter J. Gillespie | |
| FIRM <br> Baker & McKenzie LLP | |
| STREET ADDRESS <br> 130 E. Randolph Dr., One Prudential Plaza | |
| CITY/STATE/ZIP <br> Chicago, IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6272978 | TELEPHONE NUMBER <br> 312-861-2767 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |