K:\675\80\mot.enlargement\TMP\dls

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| MARION MISIAK and MARY BETH MISIAK, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No.:   07 C 6330 |
| | ) | Judge Darrah |
| MORRIS MATERIAL HANDLING, INC., a foreign corporation, d/b/a P&H Cranes, P&H CRANES, individually and as a division of Morris Material Handling, Inc., WHITING CORPORATION, a foreign corporation, HUBBELL INCORPORATED, a foreign Corporation, d/b/a Gleason Reel Corp., and GLEASON REEL CORP., a foreign corporation, a/k/a GRC International, individually and as a division of Hubbell Incorporated, | ) ) ) ) ) ) ) ) ) ) ) | Magistrate Judge Nolan |
| Defendants. | ) | |

## MOTION FOR ENLARGEMENT OF TIME-RESERVING RULE 12 FRCP OBJECTIONS

Defendant, WHITING CORPORATION, by and through its counsel, TIMOTHY M. PALUMBO and KOPKA, PINKUS, DOLIN & EADS, P.C., without waiving any of this defendant's FRCP Rule 12 objections, moves this Court for an additional forty-five (45) days time in which to plead as this defendant has not had an adequate opportunity to investigate this matter or to investigate any possible defenses pursuant to FRCP Rule 12, and has only recently retained counsel to protect its interest.

WHEREFORE, WHITING CORPORATION, files this motion for enlargement of time and asks for an additional forty-five (45) days time is which raise any and all objections it may have pursuant to FRCP Rule 12 or to answer, plead or otherwise respond to the plaintiffs' complaint at law in the above-styled matter.

/s/ Timothy M. Palumbo
Attorney for Defendant
KOPKA, PINKUS, DOLIN & EADS, P.C.
200 North LaSalle Street, Suite 2850
Chicago, Illinois  60601
312.782.9920
ARDC #6198191

## CERTIFICATE OF SERVICE

     I, the undersigned, certify that a true and correct copy of the foregoing was either electronically served or mailed by United States mail at 200 North LaSalle Street, Chicago, Illinois, first class postage fully prepaid, the 16th day of January, 2008, to the following:

| | |
|---|---|
| Antonio M. Romanucci | Mark Karasik |
| Stephan Blandin | Peter Gillespie |
| Romanucci & Blandin | Baker & McKenize |
| 33 North LaSalle Street | One Prudential Plaza |
| Suite 2000 | 130 East Randolph Drive |
| Chicago, IL 60602 | Suite 3500 |
| | Chicago, IL 60601 |

Subscribed and sworn to before me this 16th day of <u>January</u>, 2008.


 /s/ Leticia Corona_____
Notary Public