K:\675\80\nom.01\TMP\dls

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| MARION MISIAK and MARY BETH MISIAK,  )<br>   )<br>   )<br>                    Plaintiffs,   )<br>   )<br>v.    )<br>   )<br>MORRIS MATERIAL HANDLING, INC., a   )<br>foreign corporation, d/b/a P&H Cranes, P&H   )<br>CRANES, individually and as a division of Morris   )<br>Material Handling, Inc., WHITING   )<br>CORPORATION, a foreign corporation,   )<br>HUBBELL INCORPORATED, a foreign   )<br>Corporation, d/b/a Gleason Reel Corp., and   )<br>GLEASON REEL CORP., a foreign corporation,   )<br>a/k/a GRC International, individually and as a   )<br>division of Hubbell Incorporated,   )<br>   )<br>                    Defendants.   ) | Case No.:   07 C 6330<br>Judge Darrah<br>Magistrate Judge Nolan |

## NOTICE OF MOTION

Please take notice that on January 29, 2008 at 9:00 a.m., I shall appear before the Honorable Judge John Darrah, in Room 1203 at 219 S. Dearborn, U.S. District Court, Chicago, Illinois, and then and there present, Defendant's Motion for Enlargement of Time, a copy of which is attached herewith and served upon you.

/s/ Timothy M. Palumbo

## CERTIFICATE OF SERVICE

I the undersigned, certify that a true and correct copy of the foregoing was either electronically served or mailed by United States mail at 200 North LaSalle Street, Chicago, Illinois, first class postage fully prepaid, this 16th day of January, 2008, to the following:

Antonio M. Romanucci  
Stephan Blandin  
Romanucci & Blandin  
33 North LaSalle Street  
Suite 2000  
Chicago, IL 60602  

Mark Karasik  
Peter Gillespie  
Baker & McKenize  
One Prudential Plaza  
130 East Randolph Drive  
Suite 3500  
Chicago, IL 60601

        /s/ Timothy M. Palumbo
        Attorney for Defendant
        KOPKA, PINKUS, DOLIN & EADS, P.C.
        200 North LaSalle Street, Suite 2850
        Chicago, Illinois  60601
        (312) 782-9920
        ARDC #6198191
        tmpalumbo@kopkalaw.com

Subscribed and sworn to before me this 16th day of January, 2008.

 /s/   Leticia Corona
Notary Public