IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| MARION MISIAK and<br>MARY BETH MISIAK,<br><br>      Plaintiffs,<br><br>v.<br><br>MORRIS MATERIAL HANDLING, INC., a foreign corporation, d/b/a P&H Cranes, P&H CRANES, individually and as a division of Morris Material Handling, Inc.., WHITING CORPORATION, a foreign corporation, HUBBELL INCORPORATED, a foreign corporation, d/b/a Gleason Reel Corp., and GLEASON REEL CORP., a foreign corporation, a/k/a GRC International, individually and as a division of Hubbell Incorporated,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)   No.  07 CV 6330<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF FILING**

TO:   All Counsel of Record
        (See Attached Service List)

      PLEASE TAKE NOTICE that on **January 17, 2008**, we have filed the following with the United States District Court, Northern District of Illinois – Eastern Division: **Executed Waiver of Service of Summons for Defendant, Whiting Corp.**, copies of which are attached hereto.

Antonio M. Romanucci
Stephan D. Blandin
ROMANUCCI & BLANDIN
33 North LaSalle Street - Suite 2000
Chicago, Illinois  60602
312-458-1000
312-458-1004 Fax
Attorney No. 35875

1

## **PROOF OF SERVICE**

      I, the undersigned, on oath, subject to penalty of perjury, state that I served this notice by mailing a copy to all parties shown above at their respective addresses by depositing same in the U.S. Mail at 33 North LaSalle Street, Chicago, Illinois, at 5:00 p.m. January 2, 2008 with postage prepaid.

                                                    //s// Antonio M. Romanucci

[X]    Under penalties as provided by law pursuant to 735 ILCS 5/1-109, I certify that the statements set forth herein are true and correct.