# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                   Case Number: 07 C 6330

MARION MISIAK and BETH MISIAK vs. MORRIS
MATERIAL HANDLING, INC., a Foreign Corporation d/b/a
P&h CRANES, ET AL.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

MORRIS MATERIAL HANDLING, INC. (f/k/a SPH CRANE & HOIST, INC. d/b/a MORRIS MATERIAL HANDLING).

| | |
|---|---|
| NAME (Type or print) JOSHUA S. SINGEWALD | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ | |
| FIRM JOHNSON & BELL, LTD. | |
| STREET ADDRESS 33 WEST MONROE STREET - SUITE 2700 | |
| CITY/STATE/ZIP CHICAGO, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6270625 | TELEPHONE NUMBER (312) 372-0770 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐    NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐    NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐    NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |