# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                      Case Number: 07 C 6330

MARION MISIAK and BETH MISIAK vs. MORRIS MATERIAL HANDLING, INC., a Foreign Corporation d/b/a P&h CRANES, ET AL.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

MORRIS MATERIAL HANDLING, INC. (f/k/a SPH CRANE & HOIST, INC. d/b/a MORRIS MATERIAL HANDLING).

| | |
|---|---|
| **NAME** (Type or print) <br> JOSEPH B. CARINI, III | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) <br> s/ *[signature]* | |
| **FIRM** <br> JOHNSON & BELL, LTD. | |
| **STREET ADDRESS** <br> 33 WEST MONROE STREET - SUITE 2700 | |
| **CITY/STATE/ZIP** <br> CHICAGO, IL 60603 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS) <br> 6198227 | **TELEPHONE NUMBER** <br> (312) 372-0770 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |