# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6330 | **DATE** | 1/17/08 |
| **CASE TITLE** | Marion Misiak, et al v. Morris Material Handling, Inc., et al. | | |

**DOCKET ENTRY TEXT:**

Defendant, Whiting Corporation's motion for enlargement of time [16, 17] is granted. Defendant Whiting Corporation has until 3/5/08 to answer or otherwise plead. Status hearing is set for 3/11/08 at 9:00 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mf |
|---|---|---|