IN THE UNITED STATED DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| MARION MISIAK and MARY BETH MISIAK,<br>    Plaintiffs,<br>vs.<br><br>MORRIS MATERIAL HANDLING, INC.,<br>a Foreign Corporation d/b/a P&H CRANES,<br>P&H CRANES, Individually and as a Division<br>of MORRIS MATERIAL HANDLING, INC.,<br>WHITING CORPORATION, a Foreign<br>Corporation, HUBBELL INCORPORATED, a<br>Foreign Corporation d/b/a GLEASON REEL<br>CORP., and GLEASON REEL CORP., a Foreign<br>Corporation a/k/a GRC INTERNATIONAL,<br>Individually and as a Division of HUBBELL<br>INCORPORATED,<br>    Defendants. | NO: 07 C 6330<br><br>Judge Darrah<br><br>Magistrate Judge Nolan |

## DISCLOSURE STATEMENT OF MORRIS MATERIAL HANDLING, INC.

TO: All Counsel of Record.

  Pursuant to Rule 3.2 of the Local Rules of the United States District Court for the Northern District of Illinois and Federal Rule of Civil Procedure 7.1, Defendant, Morris Material Handling, Inc. f/k/a SPH Crane & Hoist, Inc. d/b/a Morris Material Handling, makes the following disclosure:

  Publicly held affiliate(s) that own five percent (5%) or more of the corporation:

  Konecranes Plc is the only publicly held affiliate of Morris Material Handling, Inc, with ownership interest via subsidiaries.

            Respectfully submitted,

            JOHNSON & BELL, LTD.

            _____

| | |
|---|---|
| Thomas J. Andrews, Esq.<br>Joseph B. Carini, Esq.<br>Joshua S. Singewald, Esq.<br>JOHNSON & BELL, LTD.<br>33 West Monroe Street - Suite 2700<br>Chicago, Illinois 60603<br>(312) 372-0770 | One of the Attorneys for Defendant,<br>Morris Material Handling, Inc. f/k/a SPH<br>Crane & Hoist, Inc. d/b/a Morris Material Handling |

**PROOF OF SERVICE**

The undersigned, a non-attorney, on oath states I served the foregoing document to the attorneys of record in this cause via electronic filing and serving with the CM/ECF System on February 28, 2008.

_____

Subscribed to and Sworn to before me this 28th day of February, 2008.

_____
NOTARY PUBLIC

"OFFICIAL SEAL"
LOUISE FREITAG
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-19-11