K:\675\80\disclosure.statement.01\TMP\dls

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| MARION MISIAK and MARY BETH MISIAK, ) <br> ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MORRIS MATERIAL HANDLING, INC., a ) <br> foreign corporation, d/b/a P&H Cranes, P&H ) <br> CRANES, individually and as a division of Morris ) <br> Material Handling, Inc., WHITING ) <br> CORPORATION, a foreign corporation, ) <br> HUBBELL INCORPORATED, a foreign ) <br> Corporation, d/b/a Gleason Reel Corp., and ) <br> GLEASON REEL CORP., a foreign corporation, ) <br> a/k/a GRC International, individually and as a ) <br> division of Hubbell Incorporated, ) <br> ) <br> Defendants. ) | Case No.:   07 C 6330 <br> Judge Darrah <br> Magistrate Judge Nolan |

## DISCLOSURE STATEMENT OF WHITING CORPORATION

To:   All Counsel of Record

Pursuant to Rule 3.2 of the Local Rules of United States District Court for the Northern District of Illinois and Federal Rule of Civil Procedures 7.1, defendant, Whiting Corporation, makes the following disclosure:

GK Enterprises, Inc. is the parent company and sole owner of all Whiting Corporation stock.

/s/ Timothy M. Palumbo
Attorney for Defendant
KOPKA, PINKUS, DOLIN & EADS, P.C.
200 North LaSalle Street, Suite 2850
Chicago, Illinois  60601
312.782.9920
ARDC #6198191

**CERTIFICATE OF SERVICE**

      I, the undersigned, certify that a true and correct copy of the foregoing was either electronically served or mailed by United States mail at 200 North LaSalle Street, Chicago, Illinois, first class postage fully prepaid, the 4th day of March, 2008, to the following:

| | |
|---|---|
| Antonio M. Romanucci | Mark Karasik |
| Stephan Blandin | Peter Gillespie |
| Romanucci & Blandin | Baker & McKenize |
| 33 North LaSalle Street | One Prudential Plaza |
| Suite 2000 | 130 East Randolph Drive |
| Chicago, IL 60602 | Suite 3500 |
| | Chicago, IL 60601 |

Thomas J. Andrews
Joshua Sloane Singewald
Joseph B. Carini, III
Johnson & Bell, Ltd.
33 West Monroe Street
Suite 2700
Chicago, IL 60603


Subscribed and sworn to before me this 4th day of March, 2008.


 /s/ Leticia Corona
Notary Public