IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| MARION MISIAK and <br> MARY BETH MISIAK, <br><br> Plaintiffs, <br><br> v. <br><br> MORRIS MATERIAL HANDLING, INC., a foreign corporation, d/b/a P&H Cranes, P&H CRANES, individually and as a division of Morris Material Handling, Inc.., WHITING CORPORATION, a foreign corporation, HUBBELL INCORPORATED, a foreign corporation, d/b/a Gleason Reel Corp., and GLEASON REEL CORP., a foreign corporation, a/k/a GRC International, individually and as a division of Hubbell Incorporated, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 07 CV 6330 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**PLAINTIFFS' ANSWERS TO HUBBELL
INCORPORATED AND GLEASON REEL CORP.'S AFFIRMATIVE DEFENSES**

NOW COME the Plaintiffs, MARION MISIAK and MARY BETH MISIAK, by and through their attorneys, ROMANUCCI & BLANDIN, LLC, and as answers to the affirmative defenses pled by Defendants, HUBBELL INCORPORATED and GLEASON REEL CORP., state as follows:

1.     Plaintiffs acknowledge the existence of a statute of repose but are unable to determine the applicability herewith.  Plaintiffs further deny any and all remaining allegations contained in Paragraph 1 of Defendants' Affirmative Defenses.

2.     Plaintiffs deny any and all remaining allegations contained in Paragraph 2 of Defendants' Affirmative Defenses and demand strict proof thereof.

1

3.    Plaintiffs deny any and all remaining allegations contained in Paragraph 3 of Defendants' Affirmative Defenses and demand strict proof thereof.

4.    Plaintiffs deny any and all remaining allegations contained in Paragraph 4 of Defendants' Affirmative Defenses and demand strict proof thereof.

5.    Plaintiffs object to Paragraph 5 of Defendant's Affirmative Defenses as said defense calls for a mixed conclusion of law and fact that is for the determination of the judge and/or jury. Without waiving said objection, Plaintiffs acknowledge that the conduct of others may have been a contributing cause of Plaintiffs' injuries, but deny that it was the exclusive cause of such injuries. Plaintiffs further deny any and all remaining allegations contained in Paragraphs 5 of Defendants' Affirmative Defenses.

6.    Plaintiffs acknowledge Defendants' right to request leave to file additional affirmative defenses as facts become known and Defendants' right to adopt affirmative defenses pled by others.

    Respectfully Submitted,
    ROMANUCCI & BLANDIN, LLC

    By:    /s/ Stephan D. Blandin

Stephan D. Blandin
ROMANUCCI & BLANDIN, LLC
33 North LaSalle Street
20th Floor
Chicago, IL 60602
Tel: 312-458-1000
Fax: 312-458-1004
Attorney No.: 35875