IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| MARION MISIAK, *et al.* | |
| Plaintiffs, | |
| v. | No.  07 C 6330 |
| MORRIS MATERIAL HANDLING, INC., *et al.*, | Jury Demanded |
| Defendants. | |

**DEFENDANT GLEASON REEL CORPORATION'S**
**CORPORATE DISCLOSURE STATEMENT**

Defendant, Gleason Reel Corporation, pursuant to Local Rule 3.2 for the United States

District Court for the Northern District of Illinois and Federal Rules of Civil Procedure 7.1,

makes the following corporate disclosure statement:

Gleason Reel Corporation's parent company is Hubbell Industrial Controls, Inc., which is

a wholly-owned subsidiary of Defendant Hubbell Incorporated.  Defendant Hubbell Incorporated

is a publicly traded corporation that has no parent company.  No publicly traded entity owns

more than 5% of Hubbell Incorporated's stock.

Dated:  March 10, 2008

*/s/  Peter J. Gillespie*
One of the Attorneys for Defendants,
HUBBELL INCORPORATED and GLEASON
REEL CORPORATION

Mark L. Karasik
Peter J. Gillespie
BAKER & McKENZIE LLP
One Prudential Plaza
130 East Randolph Drive
Chicago, IL  60601
(312) 861-8000

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that service of the foregoing Corporate Disclosure

Statement was accomplished pursuant to ECF and in accordance with Local Rule 5.9 on this 10th

day of March, 2008 as to Filing Users:

Antonio M. Romanucci
Stephan D. Blandin
Romanucci & Blandin, LLC
33 N. LaSalle St.
Suite 2000
Chicago, IL 60602
Phone:  312-458-1000
kjj@rblaw.net
sbd@rblaw.net


Timothy M. Palumbo
Kopka, Pinkus & Dolin, P.C.
200 N. LaSalle St.
Suite 2850
Chicago, IL 60601-1014
312-782-9920
tmpalumbo@kopkalaw.com

Thomas J. Andrews
Joseph B. Carini, III
Joshua S. Singewald
Johnson & Bell, Ltd.
33 W. Monroe Street
Suite 2700
Chicago, IL 60603
Phone:  312-372-0770
andrewst@jbltd.com
carinij@jbltd.com
singewaldj@jbltd.com

_/s/  Peter J. Gillespie_____
One of the Attorneys for Defendants,
HUBBELL INCORPORATED and GLEASON
REEL CORPORATION

CHIDMS1/2603171.2