IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| MARION MISIAK, *et al*.<br><br>    Plaintiffs,<br><br>v.<br><br>MORRIS MATERIAL HANDLING, INC., *et al.*,<br><br>    Defendants. | No.  07 C 6330<br><br>Jury Demanded |

**DEFENDANT HUBBELL INCORPORATED'S**
**CORPORATE DISCLOSURE STATEMENT**

Defendant, Hubbell Incorporated, pursuant to Local Rule 3.2 for the United States District Court for the Northern District of Illinois and Federal Rules of Civil Procedure 7.1, makes the following corporate disclosure statement:

Hubbell Incorporated is a publicly traded corporation that has no parent company.  No publicly traded entity owns more than 5% of Hubbell Incorporated's stock.

Dated:  March 10, 2008

                                                                                /s/  Peter J. Gillespie
                                                                                One of the Attorneys for Defendants,
                                                                                HUBBELL INCORPORATED and GLEASON
                                                                                REEL CORPORATION

Mark L. Karasik
Peter J. Gillespie
BAKER & McKENZIE LLP
One Prudential Plaza
130 East Randolph Drive
Chicago, IL  60601
(312) 861-8000

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that service of the foregoing Corporate Disclosure Statement was accomplished pursuant to ECF and in accordance with Local Rule 5.9 on this 10th day of March, 2008 as to Filing Users:

Antonio M. Romanucci
Stephan D. Blandin
Romanucci & Blandin, LLC
33 N. LaSalle St.
Suite 2000
Chicago, IL 60602
Phone:  312-458-1000
kjj@rblaw.net
sbd@rblaw.net

Thomas J. Andrews
Joseph B. Carini, III
Joshua S. Singewald
Johnson & Bell, Ltd.
33 W. Monroe Street
Suite 2700
Chicago, IL 60603
Phone:  312-372-0770
andrewst@jbltd.com
carinij@jbltd.com
singewaldj@jbltd.com

Timothy M. Palumbo
Kopka, Pinkus & Dolin, P.C.
200 N. LaSalle St.
Suite 2850
Chicago, IL 60601-1014
312-782-9920
tmpalumbo@kopkalaw.com

>*/s/  Peter J. Gillespie*
>One of the Attorneys for Defendants,
>HUBBELL INCORPORATED and GLEASON REEL CORPORATION

CHIDMS1/2603229.2