IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| MARION MISIAK and<br>MARY BETH MISIAK,<br><br>        Plaintiffs,<br><br>v.<br><br>MORRIS MATERIAL HANDLING, INC., a foreign corporation, d/b/a P&H Cranes, P&H CRANES, individually and as a division of Morris Material Handling, Inc.., WHITING CORPORATION, a foreign corporation, HUBBELL INCORPORATED, a foreign corporation, d/b/a Gleason Reel Corp., and GLEASON REEL CORP., a foreign corporation, a/k/a GRC International, individually and as a division of Hubbell Incorporated,<br><br>        Defendants. | No.  07 C 6330<br><br>Jury Demanded |

## NOTICE OF MOTION

To:    All attorneys of record                        Timothy V. Hoffman
       (See attached service list)               Sanchez, Daniels & Hoffman LLP
                                                                333 W. Wacker Drive, Suite 500
                                                                Chicago, IL 60606

     PLEASE TAKE NOTICE that on April 2, 2008, at 9:00 a.m. or as soon thereafter as counsel may be heard, we will appear before the Honorable Judge John W. Darrah, or any judge sitting in his stead in the courtroom usually occupied by him, Courtroom 1203, located at the Dirksen Federal Building, Chicago, Illinois, and present our **Hubbell and Gleason's Rule 45(c) Motion to Compel Directed to Union Tank** in the above matter, a copy of which is attached.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that service of the foregoing Corporate Disclosure Statement was accomplished pursuant to ECF and in accordance with Local Rule 5.9 on this 18th day of March, 2008 as to Filing Users and to Timothy V. Hoffman, Via Email and U.S. Mail, with proper postage prepaid:

CHIDMS1/2606692.1

Antonio M. Romanucci
Stephan D. Blandin
Romanucci & Blandin, LLC
33 N. LaSalle St.
Suite 2000
Chicago, IL 60602
Phone: 312-458-1000
kjj@rblaw.net
sbd@rblaw.net

Timothy M. Palumbo
Kopka, Pinkus & Dolin, P.C.
200 N. LaSalle St.
Suite 2850
Chicago, IL 60601-1014
312-782-9920
tmpalumbo@kopkalaw.com

Thomas J. Andrews
Joseph B. Carini, III
Joshua S. Singewald
Johnson & Bell, Ltd.
33 W. Monroe Street
Suite 2700
Chicago, IL 60603
Phone: 312-372-0770
andrewst@jbltd.com
carinij@jbltd.com
singewaldj@jbltd.com

/s/ *Peter J. Gillespie*
One of the Attorneys for Defendants,
HUBBELL INCORPORATED and
GLEASON REEL CORPORATION