## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6330 | **DATE** | 4/2/2008 |
| **CASE TITLE** | Misiak vs. Morris Material Handling | | |

**DOCKET ENTRY TEXT**

Defendants' motion to compel is granted with specific terms as stated on the record [36]. Compliance is ordered by 4/23/08. Motion to disqualify to be filed by 4/23/08, response by 5/7/08, reply by 5/14/08. Status hearing set for 6/19/08 at 9:00 a.m.

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|