IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARION MISIAK <br> and MARY BETH MISIAK <br><br> Plaintiffs, <br><br> v. <br><br> MORRIS MATERIAL HANDLING, <br> INC., a foreign corporation, d/b/a <br> P & H Cranes, P&H CRANES, <br> a division of Morris Material Handling, <br> Inc., et al. <br><br> Defendants. | No. 07 C 6330 |

## NOTICE OF FILING

To: **VIA ECF FILING**
Attorneys of Record

**PLEASE TAKE NOTICE** that on the **23rd** day of **April, 2008,** there was filed with the Clerk of the U.S. District Court, Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, 60604, **Union Tank Car Company's Motion to Disqualify and Memorandum in Support,** a copy of which we attach hereto and serve upon you herewith.


__/s/Timothy V. Hoffman_____
Timothy V. Hoffman
**SANCHEZ DANIELS & HOFFMAN LLP**
333 West Wacker Drive, Suite 500
Chicago, Illinois 60606
(312)641-1555

## PROOF OF SERVICE

I hereby certify that I electronically filed this Notice and the Individual Defendants' Renewed Motion for Judgment as a Matter of Law via the ECF System and that a true and correct copy will be served electronically to all attorneys of record and I served this Notice and the Union Tank Car Company's Motion to Disqualify and Memorandum in Support by mailing a copy to the above-listed Non ECF participants at the address(es) indicated above from 333 West Wacker Drive, Suite 500, Chicago, Illinois 60606 at or before 5:00 p.m. on April 23, 2008, 2008 and that this statement as set forth is true and correct.

__/s/ Belle Garcia