# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| MARION MISIAK and MARY BETH MISIAK, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | )   No. 07 CV 6330 |
| MORRIS MATERIAL HANDLING, INC., a foreign corporation, d/b/a P&H Cranes, et al., | ) ) ) ) |
| Defendants. | ) |

## NOTICE OF MOTION

TO: All Counsel of Record
    (See Attached Service List)

PLEASE TAKE NOTICE that on **May 20, 2008** at **9:00 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Judge John W. Darrah** or any judge sitting in his stead, in **Courtroom 1203** usually occupied by him in the Everett McKinley Dirksen U.S. District Courthouse, Chicago, Illinois, and shall move the court in accordance with **Plaintiffs' Motion to Compel or, in the Alternative, Extend Discovery Deadlines**, copies of which are attached hereto.

Stephan D. Blandin
ROMANUCCI & BLANDIN, LLC
33 North LaSalle Street
Suite 2000
Chicago, IL 60602
(312) 458-1000
Attorney No. 35875

## PROOF OF SERVICE

I, the undersigned, on oath, subject to penalty of perjury, state that I served this notice and the attached documents by sending a copy to all parties shown above via e-filing with the U.S. District Court – Northern District of Illinois before 5:00 p.m. on May 13, 2008.

　　　　　　　　　　　　　　　　　　　　　　　　　//s// Stephan D. Blandin

[X]    Under penalties as provided by law pursuant to 735 ILCS 5/1-109, I certify that the statements set forth herein are true and correct.

## SERVICE LIST
*Misiak and Misiak v. Morris Material Handling, Inc., et al.*
Court No.:  07 CV 6330

Thomas Andrews
Johnson & Bell
33 West Monroe
Suite 2700
Chicago, IL  60603
Tel: (312) 372-0770
Fax: (312) 372-9818
***Attorney for Morris Material Handling, Inc.***

Mark L. Karasik & Peter J. Gillespie
Baker & McKenzie
One Prudential Plaza.
130 East Randolph - Suite 3500
Chicago, IL  60601
Tel: (312) 861-8615
Fax: (312) 861-2899
***Attorney for Gleason Reel Corp. and Hubbell Incorporated***

Timothy M. Palumbo
Kopka, Pinkus, Dolin & Eads, P.C.
200 North LaSalle Street
Suite 2850
Chicago, IL  60601
Tel: (312) 782-9920
Fax: (312) 782-9965
***Attorney for Whiting Corp.***