# JOHNSON, CUSACK & BELL, LTD.

WILLIAM V. JOHNSON
RAYMOND R. CUSACK
JOHN W. BELL
JACK T. RILEY, JR.
BRIAN C. FETZER
THOMAS H. FEGAN
DONALD N. HOPPE
THOMAS W. MURPHY
PAMELA L. GELLEN
THOMAS J. ANDREWS
WILLIAM G. BEATTY
JOHN A. CHILDERS
ROBERT L. NORA
MARGARET A. UNGER
TIMOTHY J. McKAY
EDWARD M. RUBIN
PAUL J. WISNER

ATTORNEYS AT LAW
SUITE 1800
211 WEST WACKER DRIVE
CHICAGO, ILLINOIS 60606

TELEPHONE (312) 372-0770
TELEX 754312 JCB UD
TELECOPIER (312) 372-9818

330 SOUTH NAPERVILLE ROAD
WHEATON, ILLINOIS 60187
TELEPHONE (312) 510-0890

VALERIE HARRIS ADLER
LEO G. AUBEL
MICHAEL R. BOODEN
ROBERT M. BURKE
LORI F. CHACOS
ROBERT J. COMFORT
LEAH R. COOPER
DENNIS C. CUSACK
EDWARD D. D'ARCY, JR.
JOHN W. EMERSON
PATRICIA A. FLYNN
MICHAEL B. GUNZBURG
SUSAN MARZEC HANNIGAN
CORNELIUS J. HARRINGTON III
THOMAS J. KOCH
KATHRYN K. LOFT
EMILIO E. MACHADO
JOHN L. MALEVITIS
H. PATRICK MORRIS
FREDERICK S. MUELLER
KEVIN G. OWENS
CHARLES W. PLANEK
THOMAS F. POELKING
CHARLES P. RANTIS
STEVEN I. RAPAPORT
RICHARD J. ROSENBLUM
MARK F. SCHROEDER
MICHAEL P. SIAVELIS
JANE E. SIMON
DON M. SOWERS
ROBERT A. TOWNSEND

September 16, 1988

RECEIVED
SEP 20 1988
UTC
SAFETY DEPT

Mr. W.R. Finkler
Union Tank Car Company
151st Railroad Avenue
East Chicago, Indiana 46312

Re:  R. Dittoe fatality settlement
     Our File No. 2648-8001

Dear Mr. Finkler:

I am in receipt of a copy of your letter dated September 8, 1988 to Darrell Toenjes, and attaching copies of the releases signed by all of the Dittoe family members. Pursuant to our recent telephone conversation I will now close my file and retain a copy of the file for the next two years. As I have indicated to you, you should retain a copy of your file for at least two years, or until the Statute of Limitations expires.

I will now submit this matter to our accounting department. A final invoice for our services should be mailed to you in the near future.

Once again I would like to thank you for contacting me to assist you in this matter. I trust you will contact us if we can be of assistance to you in future matters of this kind.

Very truly yours,

JOHNSON, CUSACK & BELL, LTD.

By: _____
    John A. Childers

JAC/jk



DEFENDANT'S EXHIBIT B

*TO D. TOENSES*  *DITTOE FILE*

JOHNSON CUSACK & BELL LTD
211 W.WACKER DRIVE
CHICAGO IL 60606 - 1217
36-2837644
(312) 372-0770

**RECEIVED**
**OCT 27 1988**
UTC SAFETY DEPT

October 16, 1988

UNION TANK CAR                           2648-                Page  1
MR. WILLIAM FINKLER
151ST & RAILROAD AVENUE                  Our File No. - 2648-8001
EAST CHICAGO, IN. 46312                  Your File No. -

STATEMENT FOR PERIOD THROUGH 10/01/88

LEGAL SERVICES REGARDING:   DITTOE ROBERT FATALITY-PLANT #1    *

| Date | Description | Atty | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 8/05/88 | RESEARCH INDIANA WORKMEN'S COMP ACT | FSC | 2.00 | $50.00 | $100.00 |
| 8/05/88 | OPEN FILE;RW DOCK;ASSIGNMTS;CK CT FILES TELE CONF WITH B. FINKLER X2 | JAC | 2.10 | $100.00 | $210.00 |
| 8/08/88 | RESEARCH INDIANA WORKMAN'S COMP ACT | FSC | 2.00 | $50.00 | $100.00 |
| 8/11/88 | PREPARE RELEASES FOR NEXT OF KIN OF DECEDENT LETTER TO BILL FINKLER WITH RESEARCH TELE CONF WITH B. FINKLER | JAC | 2.70 | $100.00 | $270.00 |
| 8/12/88 | TELE CONF WITH B. FINKLER | JAC | .20 | $100.00 | $20.00 |
| 9/02/88 | TELE CONF WITH BILL FINKLER | JAC | .20 | $100.00 | $20.00 |
| 9/13/88 | REVIEW CORRESP FROM B.FINKLER AND RELEASES LETTER TO B. FINKLER | JAC | .90 | $100.00 | $90.00 |
| 9/16/88 | PREP FINAL CORR.DOCS. ETC RE:CLOSING  ** | JAC | .50 | $100.00 | $50.00 |

Total services                                    10.60        $860.00

COSTS AND DISBURSEMENTS:

    8/31/88  8/5-8/10/88 L.D.TELEPHONE CALLS JAC          10.51
    9/14/88  CHICAGO MESSENGER-8/11 E. CHICAGO            23.90

Total costs and disbursements                            $34.41

Total                                                   $894.41

*S/7 OK TO PAY.*
*W.R. F___*