IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARION MISIAK<br>and MARY BETH MISIAK<br><br>    Plaintiffs,<br><br>    v.<br><br>MORRIS MATERIAL HANDLING,<br>INC., a foreign corporation, d/b/a<br>P & H Cranes, P&H CRANES,<br>a division of Morris Material Handling,<br>Inc., et al.<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  No. 07 C 6330<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF FILING

To:   **VIA ECF FILING**
      Attorneys of Record

**PLEASE TAKE NOTICE** that on the **14th** day of **May, 2008,** there was filed with the Clerk of the U.S. District Court, Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, 60604, **Union Tank Car Company's Reply in Support of its Motion to Disqualify,** a copy of which we attach hereto and serve upon you herewith.


   /s/Timothy V. Hoffman
Timothy V. Hoffman
**SANCHEZ DANIELS & HOFFMAN LLP**
333 West Wacker Drive, Suite 500
Chicago, Illinois 60606
(312)641-1555

## PROOF OF SERVICE

   I hereby certify that I electronically filed this Notice and Reply in Support of Motion to Disqualify via the ECF System and that a true and correct copy will be served electronically to all attorneys of record and I served this Notice and the Union Tank Car Company's Reply in Support of its Motion to Disqualify by mailing a copy to the above-listed Non ECF participants at the address(es) indicated above from 333 West Wacker Drive, Suite 500, Chicago, Illinois 60606 at or before 5:00 p.m. on May 14, 2008 and that this statement as set forth is true and correct.

                                                    /s/ Nora Elias