## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6330 | **DATE** | 5/20/2008 |
| **CASE TITLE** | Misiak vs. Morris Material Handling | | |

**DOCKET ENTRY TEXT**

Plaintiffs' motion to compel or, in the alternative, extend discovery deadlines [43] is denied without prejudice with leave to re-file. Leave is granted for a sur reply to the pending motion to disqualify to be filed instanter. Leave is granted to supplement the record with additional brief as stated on the record.

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|