## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6330 | **DATE** | 6/18/08 |
| **CASE TITLE** | Misiak v. Morris Material Handling, Inc. et al | | |

**DOCKET ENTRY TEXT:**

Status hearing set for 6/19/08 is stricken. The Court will rule by mail on the pending motion to disqualify [40].

Docketing to mail notices.

| | Courtroom Deputy Initials: | mf |
|---|---|---|