IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| MARION MISIAK and<br>MARY BETH MISIAK,<br><br>    Plaintiffs,<br><br>    v.<br><br>MORRIS MATERIAL HANDLING, INC., a foreign corporation, d/b/a P&H Cranes, P&H CRANES, individually and as a division of Morris Material Handling, Inc., WHITING CORPORATION, a foreign corporation, HUBBELL INCORPORATED, a foreign corporation, d/b/a/ Gleason Reel Corp., and GLEASON REEL CORP., a foreign corporation, a/k/a GRC International, individually and as a division of Hubbell Incorporated,<br><br>    Defendants. | No.  07 CV 6330 |

## NOTICE OF FILING

To: *Via ECF Filing*
All parties of record
(See attached service list)

    PLEASE TAKE NOTICE that on June 23, 2008 we filed with the Clerk of the U.S. District Court, Northern Dist. of Illinois, the attached **Defendants Hubbell Incorporated and Gleason Reel Corporation's Response to Defendant Morris Material Handling's Motion to Continue Inspection.**

                                               /s/ Peter J. Gillespie
                                               BAKER & McKENZIE LLP

BAKER & McKENZIE LLP
Mark L. Karasik #6180292
Peter J. Gillespie #6272978
130 East Randolph Drive
Chicago, Illinois  60601
(312) 861-8000

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) SS. |
| COUNTY OF COOK | ) |

## PROOF OF SERVICE

CHIDMS1/2630216.1

The undersigned, being first duly sworn upon oath, deposes and states that a copy of this Notice of Filing and attached pleading(s) have been served upon the attorneys of record via electronic filing this 23rd day of June 2008.  A copy has been sent via Email to Timothy V. Hoffman at Thoffman@sanchezDH.com.

/s/ Heather L.  Hawley

☒ Under penalties of perjury as provided by law, I certify that I served the foregoing pleading as set forth above.

**MISIAK V. HUBBELL**
**22100783-000036**

**SERVICE LIST**

Attorneys for Plaintiffs Marion and Mary Beth Misiak:
Antonio M. Romanucci
Stephan D. Blandin
Romanucci & Blandin, LLC
33 N. LaSalle St.
Suite 2000
Chicago, IL 60602
Phone:  312-458-1000
kjj@rblaw.net
sdb@rblaw.net

Attorneys for Whiting Corporation:
Timothy M. Palumbo
Kopka, Pinkus & Dolin, P.C.
200 N. LaSalle St.
Suite 2850
Chicago, IL 60601-1014
312-782-9920
tmpalumbo@kopkalaw.com

Attorneys for Morris Material Handling, Inc.:
Thomas J. Andrews
Johnson & Bell, Ltd.
33 W. Monroe Street
Suite 2700
Chicago, IL 60603
Phone:  312-372-0770
andrewst@jbltd.com