## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Marion Misiak, et al.
                                            Plaintiff,

v.                                          Case No.: 1:07−cv−06330
                                            Honorable John W. Darrah

Morris Material Handling, Inc., et al.
                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 1, 2008:

    MINUTE entry before the Honorable Nan R. Nolan:AGREED Motion by Defendants for Protective Order [59] is stricken as improperly filed. This matter is not referred to Magistrate Judge Nolan. Counsel shall re−file and re−notice the motion before the District Judge.Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.