# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6330 | **DATE** | 8/5/08 |
| **CASE TITLE** | Misiak v. Morris Material Handling, Inc., et al. | | |

**DOCKET ENTRY TEXT:**

Defendants' agreed motion for a protective order [61, 62] is granted. The inspection shall proceed on August 12-13, 2008 pursuant to the agreed protocol.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mf |
|---|---|---|