IN THE UNITED STATED DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| MARION MISIAK and MARY BETH MISIAK, ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> MORRIS MATERIAL HANDLING, INC., ) <br> a Foreign Corporation d/b/a P&H CRANES, ) <br> P&H CRANES, Individually and as a Division ) <br> of MORRIS MATERIAL HANDLING, INC., ) <br> WHITING CORPORATION, a Foreign ) <br> Corporation, HUBBELL INCORPORATED, a ) <br> Foreign Corporation d/b/a GLEASON REEL ) <br> CORP., and GLEASON REEL CORP., a Foreign ) <br> Corporation a/k/a GRC INTERNATIONAL, ) <br> Individually and as a Division of HUBBELL ) <br> INCORPORATED, ) <br> Defendants. ) | NO:   07 C 6330 <br><br> Judge Darrah <br><br> Magistrate Judge Nolan |

## NOTICE OF MOTION

TO:   All Counsel of Record (See Attached Service List).

**PLEASE TAKE NOTICE** that on the **14th day of August, 2008 at 9:00 a.m.**, Defendant, Morris Material Handling, Inc. f/k/a SPH Crane & Hoist, Inc. d/b/a Morris Material Handling, shall appear before the Honorable Darrah or any judge sitting in his stead, in the courtroom usually occupied by him in Room 1203 at the Dirksen Federal Building, Chicago, Illinois, and shall then and there present the attached Motion to Preserve Evidence, a copy of which is attached hereto and served upon you.

                                             /s/ Thomas J. Andrews
                                             One of the Attorneys for Defendant,
                                             Morris Material Handling, Inc.

Thomas J. Andrews, Esq.
Joseph B. Carini, Esq.
Joshua S. Singewald, Esq.
JOHNSON & BELL, LTD.
33 West Monroe Street - Suite 2700
Chicago, Illinois 60603
(312) 372-0770

1

## CERTIFICATE OF SERVICE

The undersigned, a non-attorney, on oath states I served the foregoing documents to the attorneys of record in via electronic mail and by depositing a copy of same in the U.S. Mail, properly addressed and with proper postage affixed thereto, before 5:00 p.m. on August 8, 2008.

[X]   /s/ Thomas J. Andrews

Subscribed and Sworn to before me this 8th day of August, 2008.

_____
NOTARY PUBLIC

OFFICIAL SEAL
NANCY RICO
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:05/22/10

Antonio M. Romanucci, Esq.
Stephan D. Blandin, Esq.
ROMANUCCI & BLANDIN, LLC.
33 North LaSalle Street
Suite 2000
Chicago, Illinois 60602
(312) 458-1000
(312) 458-1004 – Fax
**ATTORNEYS FOR PLAINTIFF**

Timothy M. Palumbo, Esq.
KOPKA, PINKUS & DOLIN, P.C.
200 North LaSalle Street – Suite 2850
Chicago, Illinois 60601
(312) 782-9920
(312) 782-9965 – Fax
tmpalumbo@kopkalaw.com
**ATTORNEYS FOR WHITING CORPORTION**

Mark L. Karasik, Esq.
BAKER & McKENZIE, LLP
One Prudential Plaza
130 East Randolph Street – Suite 3500
Chicago, Illinois 60601
(312) 861-8000
(312) 861-2898 – Fax
Mark.l.karasik@bakernet.com
**ATTORNEYS FOR HUBBELL INCORPORATED AND GLEASON REEL CORP.**