Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6330 | **DATE** | 8/19/2008 |
| **CASE TITLE** | Misiak vs. Morris Material Handling, Inc. | | |

**DOCKET ENTRY TEXT**

Enter Agreed Order to Preserve Evidence.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | MF |
|---|---|---|

[FILED-EDO stamp: 2008 AUG 20 AM 5:52, U.S. DISTRICT COURT CLERK]