IN THE UNITED STATED DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| MARION MISIAK and MARY BETH MISIAK, <br> Plaintiffs, <br> vs. <br> MORRIS MATERIAL HANDLING, INC., <br> a Foreign Corporation d/b/a P&H CRANES, <br> P&H CRANES, Individually and as a Division <br> of MORRIS MATERIAL HANDLING, INC., <br> ET AL., <br> Defendants. | NO: 07 C 6330 <br><br> Judge Darrah <br><br> Magistrate Judge Nolan |

## AGREED ORDER

**THIS CAUSE COMING ON TO BE HEARD** on Defendant, Morris Material Handling, Inc.'s Motion to Preserve, Transport and Store Evidence, due notice having been given, and the court being fully advised in the premises:

**IT IS HEREBY ORDERED:**

1. That the evidence identified in the attached proposal from Crane America (pursuant to the Protocol in that proposal), will be carried out, with the exception that the jacket (approximately 30 feet by 10 feet and less than ¼ inch thick) which allegedly came in contact with Plaintiff at the time of the subject incident will not be preserved upon agreement of the parties.

2. The parts identified in the proposal from Crane America attached to the motion, with the exception of the jacket (approximately 30 feet by 10 feet and less than ¼ inch thick), will be transported and stored by Industrial Transportation System, Inc. by its Divisions and Subsidiaries, Industrial Storage Warehouse, Industrial Trucking Group, Inc. and Industrial Transportation System, Inc.

3. The costs of such removal, transportation and storage of the evidence will be paid equally by Plaintiff, Hubbell/Gleason, Whiting, and Morris Material Handling.

................August 19............., 2008

ENTERED:

................[signature]................

Thomas J. Andrews, Esq.
Joseph B. Carini, Esq.
Michael C. Holy, Esq.
JOHNSON & BELL, LTD.
33 West Monroe Street - Suite 2700
Chicago, Illinois 60603
(312) 372-0770

1