IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARION MISIAK and<br>MARY BETH MISIAK,<br><br>          Plaintiffs,<br><br>v.<br><br>MORRIS MATERIAL HANDLING, INC., a foreign corporation, d/b/a P&H Cranes, P&H CRANES, individually and as a division of Morris Material Handling, Inc.., WHITING CORPORATION, a foreign corporation, HUBBELL INCORPORATED, a foreign corporation, d/b/a Gleason Reel Corp., and GLEASON REEL CORP., a foreign corporation, a/k/a GRC International, individually and as a division of Hubbell Incorporated,<br>          Defendants | )<br>)<br>)<br>)<br>)<br>)<br>) No. 07 CV 6330<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF DEPOSITIONS

To:    All Counsel of Record
        (See Attached Service List)

      PLEASE TAKE NOTICE that pursuant to the Federal Rules of Civil Procedure, deposition of the following individual will be taken before a Notary Public in and for the County of Cook and State of Illinois on the date and time indicated at **ROMANUCCI & BLANDIN, LLC., 33 North LaSalle Street, Suite 2000, Chicago, Illinois,** upon oral interrogatories to be propounded to said witness.

| NAME | DATE | TIME |
|---|---|---|
| Dave Barrett c/o Morris Material | October 27, 2008 | 11:00 a.m. |
| Mike Thompson c/o Morris Material | November 6, 2008 | 11:00 a.m. |
| Larry Grening c/o Morris Material | November 11, 2008 | 11:00 a.m. |
| Ted Light c/o Morris Material | November 18, 2008 | 11:00 a.m. |

Stephan D. Blandin
ROMANUCCI & BLANDIN
33 North LaSalle Street, Suite 2000
Chicago, Illinois 60602
(312) 458-1000

## CERTIFICATE OF EMAILING AND E-FILING

I, the undersigned, on oath, subject to penalty of perjury, state that I served the following instrument by e-filing and mailing a copy to all parties shown below at their respective addresses on October 6, 2008:

| | |
|---|---|
| Thomas Andrews<br>Johnson & Bell<br>33 West Monroe<br>Suite 2700<br>Chicago, IL  60603<br>Tel: (312) 372-0770<br>Fax: (312) 372-9818<br>***Attorney for Morris Material Handling, Inc.*** | Mark L. Karasik<br>Peter J. Gillespie<br>Baker & McKenzie<br>One Prudential Plaza.<br>130 East Randolph - Suite 3500<br>Chicago, IL  60601<br>Tel: (312) 861-8615<br>Fax: (312) 861-2899<br>***Attorney for Gleason Reel Corp. and Hubbell Incorporated*** |
| Timothy M. Palumbo<br>Kopka, Pinkus, Dolin & Eads, P.C.<br>200 North LaSalle Street<br>Suite 2850<br>Chicago, IL  60601<br>Tel: (312) 782-9920<br>Fax: (312) 782-9965<br>***Attorney for Whiting Corp.*** | |

/s/ Stephan D. Blandin

ROMANUCCI & BLANDIN
33 North LaSalle Street, Suite 2000
Chicago, Illinois  60602
(312) 458-1000