6799-08001                                     TJA/JBC/MCH/nr

IN THE UNITED STATED DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| MARION MISIAK and MARY BETH MISIAK, | ) | |
| Plaintiffs, | ) | |
| | ) | NO:    07 C 6330 |
| vs. | ) | |
| | ) | Judge Darrah |
| MORRIS MATERIAL HANDLING, INC., | ) | |
| a Foreign Corporation d/b/a P&H CRANES, | ) | Magistrate Judge Nolan |
| P&H CRANES, Individually and as a Division | ) | |
| of MORRIS MATERIAL HANDLING, INC., | ) | |
| WHITING CORPORATION, a Foreign | ) | |
| Corporation, HUBBELL INCORPORATED, a | ) | |
| Foreign Corporation d/b/a GLEASON REEL | ) | |
| CORP., and GLEASON REEL CORP., a Foreign | ) | |
| Corporation a/k/a GRC INTERNATIONAL, | ) | |
| Individually and as a Division of HUBBELL | ) | |
| INCORPORATED, | ) | |
| Defendants. | ) | |

## NOTICE OF SUBPOENAED DEPOSITION

TO:     All Counsel of Record (See Attached Service List).

**YOU ARE HEREBY NOTIFIED** that the undersigned will take the subpoenaed deposition, before a Notary Public/Stenographer and Videographer at Johnson & Bell, Ltd., 1435 East 85th Avenue, Merrillville, Indiana 46410, on

| DEPONENT | DATE | TIME |
|---|---|---|
| Scott Leopold | APRIL 20, 2009 | 1:00 p.m. |

**YOU ARE HEREBY FURTHER NOTIFIED** pursuant to the Federal Rules of Civil Procedure that you are by this Notice advised of the date(s), time(s) and place stated, that the said deponents will be examined orally.

_____/s/ Thomas J. Andrews_____
One of the Attorneys for Defendant,
Morris Material Handling, Inc.

Thomas J. Andrews, Esq.
Joseph B. Carini, Esq.
Michael C. Holy, Esq.
JOHNSON & BELL, LTD.
33 West Monroe Street - Suite 2700
Chicago, Illinois 60603
(312) 372-0770

1

## CERTIFICATE OF SERVICE

The undersigned, on oath states I served the foregoing documents to the attorneys of record in via electronic mail and by depositing a copy of same via the Northern District of Illinois PACER system and by depositing a copy in the U.S. Mail with proper postage affixed thereto, before 5:00 p.m. on March 24, 2009.

[X]     /s/ Thomas J. Andrews

Subscribed and Sworn to before me this 24th day of March, 2009.

NOTARY PUBLIC

Antonio M. Romanucci, Esq.
Stephan D. Blandin, Esq.
ROMANUCCI & BLANDIN, LLC.
33 North LaSalle Street - Suite 2000
Chicago, Illinois 60602
(312) 458-1000
(312) 458-1004 – Fax
**ATTORNEYS FOR PLAINTIFF**

OFFICIAL SEAL
NANCY RICO
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:05/22/10

Timothy M. Palumbo, Esq.
KOPKA, PINKUS & DOLIN, P.C.
200 North LaSalle Street – Suite 2850
Chicago, Illinois 60601
(312) 782-9920
(312) 782-9965 – Fax
tmpalumbo@kopkalaw.com
**ATTORNEYS FOR WHITING CORPORTION**

Mark L. Karasik, Esq.
BAKER & McKENZIE, LLP
One Prudential Plaza
130 East Randolph Street – Suite 3500
Chicago, Illinois 60601
(312) 861-8000
(312) 861-2898 – Fax
Mark.l.karasik@bakernet.com
**ATTORNEYS FOR HUBBELL INCORPORATED AND GLEASON REEL CORP.**